# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 16, 2021

Lyle W. Cayce
Clerk

No. 21-50199
Summary Calendar

United States of America,

*Plaintiff—Appellee,*

*versus*

Jason Bergeron,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:20-CR-133-2

Before Smith, Stewart, and Graves, *Circuit Judges.*

Per Curiam:*

The attorney appointed to represent Jason Bergeron has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bergeron has not filed a response. We have reviewed counsel's brief and the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50199

relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.